AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
OCT 21 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 14-MJ- 7026 |
| TALON G. WRIGHT | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 24, 2011 or before*__ in the county of __Champaign__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor *on or about December 24, 2011 or before. |
| 18 U.S.C. § 2252A(5)(B) | Possession of Child Pornography *on or about August 1, 2014. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

s/Tim McNaught #337

_____
Complainant's signature

TIM McNAUGHT, TFO, ICE/HSI
Printed name and title

Sworn to before me and signed in my presence.

s/David G. Bernthal

Date: 10/21/2014

_____
Judge's signature

City and state: Urbana, Illinois

David G. Bernthal, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR ARREST WARRANT

Investigator Tim McNaught, being first duly sworn, hereby depose and state as follows:

1. I am currently, and for the last 15 years, have been a police officer for the Urbana Police Department. I am currently assigned to the Criminal Investigations Division, and have been assigned to investigate child exploitation offenses, including the illegal distribution, receipt and possession of child pornography. I am also a member of the Illinois Attorney General's Internet Crimes Against Children Task Force and a Department of Homeland Security (DHS)/Immigration and Customs Enforcement (ICE) Task Force Officer. Additionally, I am a member of the East Central Illinois Cyber Crimes Working Group which includes state and local agencies as well as federal agencies such as the Department of Homeland Security, United States Postal Inspection Service, Federal Bureau of Investigation and United States Secret Service. I have conducted numerous investigations relating to the possession, transportation, and receipt of child pornography and obscene visual representations of the sexual abuse of children over the Internet.

2. I have employed a variety of investigative techniques including physical surveillance, undercover operations, the execution of search warrants, and interviews of defendants and witnesses. I have had training in investigations relating to the sexual exploitation and physical sexual abuse of minors. As part of my training and

experience, I have reviewed thousands of images and videos of actual and suspected child pornography, child erotica and obscene visual representations of the sexual abuse of children in all forms of media. In addition, I have received training in digital investigations and computer forensics from the Internet Crimes Against Children Training and Technical Assistance Program, the National White Collar Crime Center, and on the use of specialized forensic software programs, including EnCase by Guidance Software and Forensic ToolKit by Access Data. I have also successfully completed AccessData's certification process to become an AccessData Certified Examiner (ACE).

3. As a federal Task Force Officer with ICE, I am authorized to investigate violations of laws of the United States.

4. The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

5. This affidavit is made in support of a criminal complaint and arrest warrant for TALON WRIGHT (hereafter "WRIGHT").

6. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every

fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that WRIGHT violated Title 18 United States Code, Sections 2251(a) (Sexual Exploitation of a Minor) and 2252A(a)(5)(B) (Possession of Child Pornography) in Champaign County in the Central District of Illinois. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**PROBABLE CAUSE**

7.  On 8/01/2014 at approximately 8:00 a.m., I reviewed an Urbana Police Department report reference a domestic dispute from the evening of 7/31/2014. The incident occurred at 905 East Colorado Avenue, a multi-unit apartment complex in Urbana, Illinois. The argument involved L.H. and her boyfriend Talon G. Wright. L.H. was upset because Wright was telling people that she was an unfit mother, so L.H. began calling Wright a pedophile.

8.  As a police officer with more than 15 years of experience, I thought it was quite peculiar for someone to choose the term "pedophile" to describe someone during an argument. Therefore, I contacted L.H. by telephone to inquire further about the argument and why she chose to call Wright a pedophile. L.H. seemed distraught and agreed to come to the Urbana Police Department (UPD) for a further interview.

9.  L.H. agreed and I conducted the interview at the Urbana Police Department. L.H. said that Wright often used his cellular telephone to look at pornography and she knew that he also used his desktop computer. L.H. explained

that several months ago she was going through Wright's telephone and she saw that he had been going to a website called "Jailbait" or something similar. L.H. said that she saw a video on his telephone of what she believed to be an approximately 13-14 year old girl being inappropriate. I asked L.H. to elaborate and she would only say that it appeared as though the girl was holding the camera above her as she danced provocatively while scantily clothed.

10. I asked L.H. if she would allow me to go to their apartment and examine their computers to ensure that there was no child pornography present, and she agreed to allow me to search their computers. L.H. directed me to a HP desktop computer on the living room floor that was connected to a flat screen television for a monitor. I observed that the side cover had been removed from this computer and there was one hard drive installed in the computer and one hard drive lying on the floor but connected to the computer. L.H. explained that Wright often worked on computers and there were several other computers in the other room.

11. I examined the HP desktop computer and observed that the computer was turned off so I removed the installed hard drive, a 500GB Western Digital SATA hard drive, and previewed the contents of the hard drive utilizing EnCase version 6.19.0.35 and osTriage version 2.0.0.0. I immediately noted two areas of concern, first "CCleaner" was installed and used on the hard drive so all the recent computer activity and internet activity had been deleted. Second, I observed that "BitComet," a bit torrent client often used by offenders involved in downloading child pornography, was

installed on the hard drive. Therefore, I used an EnCase Enscript called C4All 1.0 to examine the volume shadow copies of this hard drive for image files. Volume shadow copies are moment-in-time snapshots of the files on a NTFS formatted volume of a Windows computer. Windows Vista and Windows 7 operating systems create a shadow copy every day or seven days (Windows Vista versus Windows 7) as well as just before significant operating system events, such as the installation of application software or device drivers.

12. With this script, I carved any images found within the volume shadow copies and placed them in a specified folder. I then examined these images and saw hundreds of thumbnail images that I recognized from my training and experience as child pornography. In order for a thumbnail image to be created by Windows, the image or video file must reside in a directory with the user option of display icons (thumbnail view) selected rather than the details view which simply displays the file name and metadata.

13. Several of the thumbnail images depicted a nude prepubescent female child being sexually abused by an adult male and I recognized these thumbnail images as part of the NCMEC identified "Vicky Series" (C4All 1.0 file names – 00011852, 00011879 and 00011936). Another thumbnail image I recognized as the thumbnail to a video that depicted a prepubescent female child bound at the ankles with her legs spread above her head while an adult male's penis penetrates her vagina and anus (C4All 1.0 file name – 00012024).

5

14. I informed L.H. of my findings and my concern that the other computers and digital storage devices in the apartment could also contain child pornography. I asked L.H. for consent to search their apartment and seize any devices capable of storing child pornography. L.H. agreed and Officer Wolfe, Officer Hancock, Investigator Bain and I searched the apartment and found numerous computer related items, specifically:

   a. A gray HP Pavilion desktop computer, model a1600n, serial number CNH64115DC which contains two hard drives – a 500GB Western Digital SATA hard drive, serial number WCAPW0744246 and a 40GB Maxtor IDE hard drive, serial number 11S33P3363ZJ1MTVT0N2Q2.

   b. A black IBM desktop computer, model 6225-1SU, serial number KQBGC7L which contains one hard drive – 200GB Western Digital SATA hard drive, serial number WCANL1806807.

   c. A black Gateway laptop computer, model NE56R41u, serial number NXY1UAA0303420F1583400 which contains one hard drive – a 500GB Seagate SATA hard drive, serial number S0VB1PMD.

   d. A black Samsung Galaxy Tab 2 7.0, serial number R32C500LA9N.

   e. A black ASUS Transformer Pad tablet, model TF300.

   f. A black LG cellular telephone, model VX-9700, serial number 807KPCA0436627.

   g. A black 32GB SanDisk micro SD card.

   h. A pink 1GB, unknown brand USB mp3 player.

   i. A 160GB Seagate SATA hard drive, serial number 5MT463N7.

   j. A 120GB Seagate SATA hard drive, serial number 5LSBYC9S.

   k. A 60GB Western Digital IDE hard drive, serial number WMA8E3123456.

   l. An 80GB Seagate IDE hard drive, serial number 3HV1FX08.

   m. A 120GB Western Digital IDE hard drive, serial number WMA8C3042400.

n. An 80GB Samsung IDE hard drive, serial number S00JJ40X768040.

o. A 60GB Western Digital IDE hard drive, serial number WCA8E5216591.

p. A 160GB Western Digital IDE hard drive, serial number WCAP96021496.

q. A 13578.4MB Western Digital IDE hard drive, serial number WT6680053067.

r. A 200GB Western Digital IDE hard drive, serial number WCAMT1021503.

s. An 80GB Samsung IDE hard drive, serial number S00JJ50Y649801.

t. 306 optical discs (CD/DVD's).

15. On August 15, 2014, United States Magistrate Judge David G. Bernthal authorized the search and seizure of the items obtained from Wright's apartment with L.H.'s consent. Once Judge Bernthal signed the search warrant at 09:29 hours, I returned to the Urbana Police Department's computer evidence room and began the examination process of the above items.

16. I determined that the 60GB Western Digital IDE hard drive bearing serial number WMA8E3123456 (item k. in paragraph 14 above), which was found in Wright's living room next to the television in a clear plastic tub with several other hard drives was labeled as a "Product of Malaysia" with a manufacture date of 18 August 2002. I know based on my training and experience that this item was not manufactured in the State of Illinois, most likely in the Country of Malaysia and therefore necessarily travelled in interstate and foreign commerce.

17. According to the registry, the registered owner of operating system was "Ghost" and the operating system was installed on 08/22/11. Windows 7 has several

accounts listed; however, only the account named "Ghost" is of concern in this investigation.

18.  One of the first items of interest I noticed with this hard drive was that it also contained the program "CCleaner." This program appeared to have been employed on this hard drive as there were no items listed in the *Recent Docs*, *LastVisited*, *Typed URLs* and *OpenSave MRU* (Most Recently Used).

19.  The most significant finding on this hard drive was a 3 minute 14 second video file called *wxb87C4.tmp*:

```
Name            wxb87C4.tmp
Physical Size   n/a
Logical Size    108414577 B
Created Date    12/24/2011 9:47:23 PM (2011-12-25 03:47:23 UTC)
Modified Date   12/24/2011 9:54:43 PM (2011-12-25 03:54:43 UTC)
Accessed Date   12/24/2011 9:47:23 PM (2011-12-25 03:47:23 UTC)
MD5 Hash        7D0A37993C65AC5A1ACFD7CD9256C8EA
Path   OS Volume Logical Evidence File.L01/Users/Ghost/AppData/Local/
Microsoft/Zune/Transcoded Files Cache/wxb87C4
```

20.  The video begins with a prepubescent female child apparently sleeping on a blue mattress with a lavender, green and white striped sheet along with a blue checkered blanket. The female child is wearing a pink with green, purple and white flowered bathing suit bottom, and the child is sleeping with her legs spread and her pubic area is the focal point of the video. At approximately 54 seconds into the video what appears to be an adult male's left hand enters the video and attempts to lift aside the bathing suit in order to lasciviously expose the female child's genitals to the camera. This left hand has a unique tattoo in the webbing between the thumb and index finger.

From about 1:08 to 1:15 minutes, the offender is successful in partially exposing the female child's genitals in lascivious manner. At 1:44, the offender tries a second time, but stops abruptly. At about 2:26 the offender makes his third attempt at lasciviously exposing the female child's genitals and successfully exposes her from about 2:44 to about 3:03.

21. While conducting analysis of this hard drive, I found what appears to be this same blue checkered blanket in several other pictures, including pictures of WRIGHT's daughters. I also found a picture of another female child with the blue checkered blanket, and this female child was eventually identified as A.T. (a minor female born in November 1999).

22. The video referenced above, *wxb87C4.tmp*, was found in a *Transcoded Files Cache* reference a Microsoft Zune device. Microsoft Zune devices were portable media players released in November 2006 and discontinued in October 2011. The devices were Microsoft's unsuccessful attempt at competing with the Apple's iPod.

23. If a user transferred a video or image file to the Zune device that was in a format not compatible with the device, the Zune software automatically transcoded the file into a compatible format. This transcoding process created a temporary file of the transcoded file in the *Transcoded Files Cache* at the following location on the computer's hard drive:

   *(User)/AppData/Local/Microsoft/Zune/Transcoded Files Cache/*

9

24. These files remained in the Transcoded Files Cache until the user manually deleted the files or the folder. There were 20 *tmp* files in the directory, 4 video files and 16 image files. Thirteen of these image files contained pictures of WRIGHT's daughters, some alone, some with Wright, and some with other unknown individuals.

25. In the registry, I found the following key indicating the last time a Microsoft Zune Device was connected to the computer using this hard drive:

| Description | Serial number | Vendor name | Product name | Service description | Last inserted | Located at |
|---|---|---|---|---|---|---|
| Zune | 86903ee1-e209-4d5f-4fd4-78a828e66e8c | Microsoft Corp. | Zune Media Player | Zune | 4/26/2012 10:27:33 AM | c:\windows\system32\config\system |

26. I located several images that depict WRIGHT with the same distinct tattoo on the webbing of his hand.

27. I also located approximately 1,020 thumbnail images of suspected child pornography on this hard drive. Many of these images have been duplicated on other hard drives seized from WRIGHT'S apartment, specifically under the user "Ghost."

28. I spoke to A.T.'s mother on October 15, 2014. She identified and provided me the pink, flowered bathing suit depicted in the video, *wxb87C4.tmp*. A.T's mother said that she and WRIGHT had been good friends for many years until he started dating L.H.. Shortly thereafter, they had a falling out and she had not spoken to

10

WRIGHT for the last couple of years. She confirmed that the video would have been made before WRIGHT began dating L.H., during a time when their families spent a lot of time together since they lived in the same apartment complex and had similarly aged children. She explained that in late 2011, she and A.T. lived on East Harding Drive, in Urbana, Illinois. She and A.T recognized the blue mattress in the picture as being WRIGHT's mattress because around that time A.T. stated that she wanted to dye her hair that color of blue. She estimated that A.T. spent the night at WRIGHT'S apartment about six times.

29.    A.T.'s mother recalled WRIGHT'S daughter having a birthday party at the Urbana Indoor Aquatic Center. She remembered it was cold outside, but not snowing, so she thought it was after Thanksgiving (WRIGHT'S daughter's birthday is December 11th). She said this birthday party was the last time she could remember A.T. wearing the pink, flowered bathing suit bottom.

30.    After explaining what a MS Zune device was, A.T.'s mother stated she remembered that WRIGHT took the Zune device with him everywhere and he used it for music and videos. She even recalled him showing her YouTube videos with the Zune device.

31.    I showed A.T.'s mother the video, outside A.T.'s presence. As the video began, she confirmed that the bathing suit was A.T.'s bathing suit and the same one she had brought to the UPD. As we continued watching, when the adult male's hand makes the first attempt to expose the minor's genitals, she exclaimed, "That's Talon," when she

11

saw the tattoo on his hand. At the point where WRIGHT exposes the minor's genitals for the first time, she began sobbing and stated, "It's [A.T.]." She explained that once she saw a prominent mole on her daughter's labia, she knew for certain. She explained that one of the reasons she wanted to see the video was that she had hoped that she would not have seen that specific mole, thereby making A.T. not the subject of the video. However, after seeing the mole on her labia along with the "triangle" of three moles on her inner left thigh, she now knows for certain that A.T. is the child in the video.

32. We then discussed that in December of 2011, A.T. would have just turned twelve years old. However, based on her recollection of A.T.'s pubertal development, she estimated that the video would have been made when A.T. was nearer to eleven years old.

FURTHER AFFIANT SAYETH NOT.

s/Tim McNaught #337

Investigator Tim McNaught
Department of Homeland Security/
Homeland Security Investigations
Task Force Officer
Urbana Police Department

Subscribed and sworn before me this 21st day of October, 2014

s/David G. Bernthal

David G. Bernthal, Magistrate Judge
United States District Court