IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cr-20069 |
| | ) | Hon. Colin S. Bruce, |
| vs. | ) | United States District Judge, |
| | ) | Presiding |
| TALON G. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

NOW COMES the Defendant, TALON G. WRIGHT, by and through his attorney, ELISABETH R. POLLOCK of the Federal Defender's Office for the Central District of Illinois, and for his Sentencing Memorandum states as follows:

**I.   Introduction**

Defendant TALON G. WRIGHT (hereinafter referred to as "Mr. Wright") was charged in Indictment with two counts of sexual exploitation of a minor in violation of 18 U.S.C. § 2251(a) and one count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B). (R. 7) He pled guilty to Counts 1 and 3 of the Indictment pursuant to a written plea agreement on May 14, 2015. (R. 21) The plea agreement contemplates a dismissal of Count 2 of the Indictment by the Government at sentencing, and preserves Mr. Wright's ability to appeal this Court's ruling on his Motion to

Suppress dated April 8, 2015. (R. 20, 21)

According to the Revised Presentence Report, Mr. Wright's Guidelines range is 168 to 210 months of imprisonment, modified by a mandatory minimum of 180 months on Count 1. (PSR ¶¶ 81-82) For the reasons stated below, Mr. Wright is asking for a sentence of 180 months, 5 years of supervised release, no fine, and a $100 special assessment.

II. **The appropriate sentence in this case is the mandatory minimum 180 months of imprisonment, 5 years of supervised release, no fine and a $100 special assessment.**

As with every case, the most important factors for the district court to consider are those in 18 U.S.C. § 3553(a), and include:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed--

(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available; and

(4) the kinds of sentence and the sentencing range established by the Guidelines.

In the present case, Mr. Wright does not deserve a sentence higher than 180 months. First, with respect to the nature and circumstances of the offense, the extremely high mandatory minimum penalty in this case stems from Count 1, sexual exploitation of a minor. Suffice it to say that Mr. Wright's conduct is not the type of conduct that generally warrants a 15-year prison sentence. Approximately three and a half years ago Mr. Wright made a horrible error in judgment when he chose to try to look at the genitalia of a minor female who was staying the night at his house. He had no intention of touching her in a sexual manner, and did not intend to engage in sexual conduct with her. That being said, his actions were recorded and resulted in two of the three counts that were originally filed against him in the Indictment. But for the existence of this three minute video, Mr. Wright's conduct in this case would have resulted in a potential prison sentence no higher than 10 years. Instead, he faces a mandatory minimum of 15 years.

Second, Mr. Wright's personal history and characteristics indicate that he is a person who is a hardworking, devoted father and family man, and will be successful after he is released from prison. Mr. Wright has an incredibly supportive family, as evidenced by the letters of support attached hereto as Exhibit "A".  He fought for, and

obtained custody over, his two daughters and has raised them alone for the past 13 years. (PSR ¶ 65) Losing the ability to see and correspond with them daily has been extremely detrimental to both Mr. Wright and his daughters. Thankfully his sister has stepped up to support them during the time of his incarceration, but the adjustment has been life-altering for someone who has never before spent a day in jail.

In addition to being an involved and positive parent, Mr. Wright worked very hard to support his family financially. He has always worked, and most recently was employed as a property manager making $2,000.00 a month. He does not drink or use drugs, and has been a productive member of society for the majority of his adult life.

Finally, regarding the sentences available to the Court, even the Guidelines range calculated by the Revised Presentence Report starts a year below the mandatory minimum. Given the nature and circumstances of the offense, Mr. Wright's personal history and characteristics, a sentence of 180 months is more than enough to fulfill the goals of sentencing.

WHEREFORE, Defendant TALON G. WRIGHT respectfully requests that this Court impose a sentence of 180 months of imprisonment on Count 1, to run concurrently to 120 months of imprisonment on Count 3, 5 years of supervised release on each Count to run concurrently, and for any such other relief as the Court deems appropriate.

                Respectfully submitted,

                TALON G. WRIGHT, Defendant

                THOMAS W. PATTON
                Federal Public Defender

By:    s/ Elisabeth R. Pollock
                ELISABETH R. POLLOCK
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, IL 61801
                Telephone: (217) 373-0666
                Facsimile: (217) 373-0667
                E-mail: Elisabeth_Pollock@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on September 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Elly Peirson.

                s/ Elisabeth R. Pollock
                ELISABETH R. POLLOCK
                Assistant Federal Public Defender
                300 West Main Street
                Urbana, IL 61801
                Telephone: (217) 373-0666
                Facsimile: (217) 373-0667
                E-mail: Elisabeth_Pollock@fd.org

# EXHIBIT A

Sept, 1, 2015

To whom this may consern,

I wauld like to express what I think of my father. My father is my hero, he has helped me in so many way's, he was there for me for when I had my up's and down's. He is the reason why I'm in 8th grade, if it wasn't for him I'd probly still be in sixth grade, but he taught me shortcuts and esier way's of doing math. When I lived with him, he was always busy he had a job and it was a good job, but he also had to feed and take care of two little girls, so his routine was- walke girl's up- take them to school- go to work- pick girl's up- take them to work- go home eat dinner- go to bed at 8:30. That was the routine until we got older about 10 to 11 he aloud us to hang out with friends, go to the park, go on a bike ride do stuff have freedom but not to much curfew was that we had to be home at 6:00 no later than 6:15. My dad is a good man he's never treated me badly. Our father has alway's been there for us, I beg you, please set my father free let him hold us again.

sinserly
Destiny. R Wright

1.                    August 26, 2015

Judge Colin Bruce,

I am writing this letter on behalf of my grandson Talon Wright who will appear before you September 2, 2015.

Talon growing up has always been a good child and never in any trouble at home or in his community.

I've been very proud of the way he has worked hard to raise his two girls. When they were 6 months and newly born, he took 6 mo's parenting classes to obtain full custody.

2.

talon's daughters are now 15 and 13 yrs. old and are very sweet girls. Talon's girls were his whole life.

I pray Judge Colin Bruce you will send Talon back home to his family. Please Judge Bruce he does not deserve to be in prison. and I pray you will be compassionate, Fair and just in your sentencing of Talon. Wright.

Thank You
For Your time.
Mrs. Marie Coon

Judge Colin Bruce,

I am writing in regards to Talon Wright and what an exceptional individual he is. I have known Mr. Wright for a great deal of years. He and I grew up with one another. Talon has always been a responsible individual, that works extremely hard to do the right thing and make the right choices in life. Mr Wright works very hard to provide for himself and for his family. Mr Wright believes strongly in being there for his family because he realizes they are important to him and deserve to be provided for in the right way. Talon has been there for me in times of need when I needed a caregiver for my children. I would entrust him with this task at any time.

Stephanie Falls
Stephanie Falls

August 30, 2015

Judge Bruce,

    My name is Cindy Groom, Talon Wright's mother and knowing my son his whole life I can say he has always been a descent person, a love for God and his family. He has worked so hard in his life to raise his children, and give them a very good life. He has protected them, taught them to be aware of strangers and self defence to help protect them. His children are his life, always envolved in all school things, music, sports, anything. His daughter Mariah violin 3 years, Destiny scoccer 3 years outside sports not in school. Off and on I have lived with them all and we were a very close loving family.

    Talon has studied Bible scriptures through the Kindom Hall in Urbana and has a strong love for God and all that is right. He has lots of friends and family who love him and would trust him with their own. He does not do drugs, or drink, or smoke. He has always been hard worker, tring to give his childern a good life.

    Please give my son mercy, he needs to be home with his family, he is a wonderful person and does not belong in prison, my son is innocent, he's descent.

    — Please Have Mercy —

Dear Judge,

My name is Mariah. I am the daughter of Talon Wright. I Believe that my father is a good father because of all of things hes done for us. He fought for us and did every thing he could for us. As kids, he was always doing things like riding his bike in rain and storm to work so that he could feed us, always got us to school on time but of course there were those days that we did stay home from school. He did all he could for us and I love him for it.

Sincerely,
Mariah